UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ANDREW REGASPI, | Case No. 3:18-cv-00274-MMD-WGC |
|---|---|
| Plaintiff | ORDER |
| v. | |
| NORTHERN NEVADA CORRECTIONAL CENTER MAINTENANCE DEPARTMENT, | |
| Defendant | |

**I. DISCUSSION**

Plaintiff seeks an extension of time to file his first amended complaint for an additional 90 days through December 18, 2019 because his family is trying to secure an attorney for him. (ECF No. 5 at 1). The Court grants the motion for extension of time. Plaintiff shall file his first amended complaint on or before December 18, 2019 or have an attorney enter a notice of appearance by that date. If Plaintiff fails to file a timely first amended complaint or have an attorney enter a notice of appearance by the deadline, the Court will dismiss this action with prejudice. (*See* ECF No. 3 at 7).

**II. CONCLUSION**

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 5) is granted.

It is further ordered that Plaintiff shall file his first amended complaint on or before December 18, 2019, or have an attorney enter a notice of appearance by that date.

It is further ordered that, if Plaintiff fails to file a timely first amended complaint or have an attorney enter a notice of appearance by the deadline, the Court will dismiss this action with prejudice.

DATED: September 12, 2019.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE